**BROWN KWON & LAM** LLP

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Email: info@bkllawyers.com

Writer's Direct:    William Brown, Esq.
wbrown@bkllawyers.com
(212) 295-5825

January 13, 2026

**Via ECF**
The Honorable Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Parra-Jimenez v. Unicar Co., Inc., et al.*
Case No. 1:25-cv-5862 (JHR)

Dear Judge Rearden:

We represent Plaintiff in the above-referenced matter. Plaintiff respectfully submits this letter in response to the Court's January 13, 2026 Order to Show Cause.  Plaintiff apologizes to the Court for the delay in seeking a default judgment. The delay was primarily caused by counsel's involvement in a multi-day jury trial in the Eastern District of New York last month, which created significant scheduling difficulties.

In addition, Plaintiff's counsel is currently preparing an opposition to a post-trial motion which is also due on January 23, 2026. In light of these circumstances, Plaintiff respectfully requests a brief one-week extension of time, until January 30, 2026, to file the motion for default judgment.  This is Plaintiff's first request for an extension.

As Defendants have not appeared in this action, no prejudice will result from the requested extension. Plaintiff will, of course, promptly serve Defendants and file proof of service in accordance with the Court's Order.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ William Brown*
William Brown Esq.

cc: All parties via ECF

Application GRANTED.  Plaintiff's deadline to move for a default judgment is hereby extended to **January 30, 2026**.

The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: January 14, 2026