UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS PARRA JIMENEZ,

Plaintiff,

-v.-

UNICAR CO, INC., et al.

Defendants.

25 Civ. 5862 (JHR)

ORDER TO SHOW CAUSE

JENNIFER H. REARDEN, District Judge:

Before the Court is Plaintiff's motion for a default judgment against Defendants Unicar

Co., Inc. and Salvatore Munoz.  ECF No. 16.  In support, Plaintiff filed an affirmation,

declaration, memorandum of law, and proposed order.  ECF Nos. 17-20.  Plaintiff's submissions

fail to establish that Defendants "were liable as a matter of law."  *Bricklayers & Allied*

*Craftworkers Loc. 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Const., LLC*, 779 F.3d

182, 187 (2d Cir. 2015) ("[I]f liability is established as a matter of law when the factual

allegations of the complaint are taken as true[,]" then a "Court may, on plaintiffs' motion, enter a

default judgment[.]"); *see also* Indiv. R. & Pracs. in Civ. Cases, Attach. A 2.b.iii (requiring, *inter*

*alia*, that the movant's memorandum of law "set[ ] forth . . . the elements of each cause of action

as to which default judgment is sought, with supporting legal authority").

If Plaintiff plans to proceed with seeking a default judgment, then by no later than **April**

**24, 2026**, Plaintiff shall file a corrected motion for a default judgment in accordance with the

Court's Individual Rules and Practices in Civil Cases.  **Failure to submit a timely and proper**

**motion for a default judgment may result in dismissal without prejudice of these Defendants**.

*See* Fed. R. Civ. P. 41.

Within **two business days of the date of this Orde**r, Plaintiff shall serve Defendants with

a copy of this Order by overnight courier and file proof of such service on the docket.

The Clerk of Court is directed to terminate ECF No. 16.


SO ORDERED.

Dated: April 14, 2026
        New York, New York


_____
JENNIFER H. REARDEN
United States District Judge