**BROWN KWON & LAM** LLP

Brown Kwon & Lam, LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5825
Fax: (718) 795-1642
Email: info@bkllawyers.com

MEMORANDUM ENDORSED

Writer's Direct: William Brown, Esq.
wbrown@bkllawyers.com

May 18, 2026

**Via ECF**
The Honorable Gabriel W. Gorenstein, U.S.M.J
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> RE:    *Parra-Jimenez v. Unicar Co., Inc., et al.*
> Case No. 1:25-cv-5862 (JHR)(GWG)

Dear Judge Gorenstein:

We are counsel for Plaintiff in the above-referenced matter. We respectfully submit this letter to request an adjournment of the Initial Conference currently scheduled for Tuesday, May 26, 2026, at 10:30 a.m.

I request this adjournment because I will be in transit at that date and time and therefore unavailable to appear. After contacting the Deputy Clerk, counsel for all parties have confirmed their availability for June 3, 2026, at 10:30 a.m. Defendants consent to this request.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ William Brown*

cc:    all parties via ECF

Conference adjourned to June 3, 2026, at 10:30 a.m.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 19, 2026