Application GRANTED. The parties shall file a joint submission and fully executed proposed settlement agreement under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by **September 21, 2026**.

The Clerk of Court is directed to terminate ECF No. 38.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: September 14, 2026

**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Email: info@bkllawyers.com

Writer's Direct: William Brown, Esq.
wbrown@bkllawyers.com
(212) 295-5825

September 14, 2026

**Via ECF**
The Honorable Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Parra-Jimenez v. Unicar Co., Inc., et al.*
Case No. 1:25-cv-5862 (JHR)

Dear Judge Rearden:

We represent Plaintiff in the above-referenced matter. Plaintiff respectfully requests, with Defendants' consent, a one-week extension of time, from September 14, 2026 through September 21, 2026, to file the parties' joint submission and fully executed settlement agreement for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), as directed by the Court's August 14, 2026 Order (ECF No. 37).

Plaintiff apologizes for making this request on the existing deadline. The parties previously reached agreement on all material terms of the settlement, and Plaintiff executed the settlement agreement. Plaintiff's counsel, however, did not receive the agreement executed by Defendants until today. Now that the agreement is fully executed, counsel require a brief additional period to confer and finalize the parties' joint *Cheeks* submission.

This is the first request for an extension of the September 14, 2026 deadline, and Defendants consent to the request. The requested extension will not affect any other scheduled deadlines or appearances, and no further appearance before the Court is presently scheduled.

Accordingly, Plaintiff respectfully requests that the deadline to file the parties' joint *Cheeks* submission and fully executed settlement agreement be extended through September 21, 2026.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ William Brown*
William Brown Esq.

cc: All parties via ECF